Sam Clayton
1049 Market St, #203
San Francisco, CA 94103

Plaintiff

FILED
2007 JUL -9 PM 3:59

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM CLAYTON, et al., <br><br> Plaintiff, <br> v. <br> **Secretary of Dept of Homeland Security, aka Michael Chertoff;** <br> **Director of US Citizenship and Immigration Services, aka Eduardo Aquire;** <br> **Deputy District Director of US Citizenship and Immigration Services' San Francisco Office, aka David Still;** <br> **Director of FBI aka Robert S. Mueller;** <br> **Attorney General;** <br> **Department of Homeland Security; US Citizenship and Immigration Services; FBI; United States;** <br><br> Defendants. | Civil Action No. C 07-02781 CW <br><br> **Certificate of Service** <br><br> 2 PM July 26, 2007 <br> Courtroom 2 <br> Judge Wilken |

    I, Katherine Martin, declare I personally witnessed the matters described in this proof of service and would be competent to testify to those matters if called as a witness. I am over 18, not a party to this action, and a resident of San Francisco California. I sent by regular mail on July 6, 2007, the attached motion, memo, declaration, proposed order to

Michael Chertoff
Secretary, U.S Dept. of Homland Security
Washington, DC 20528

Emilio T. Gonzales, Director
U.S Citizenship and Immigration Services
425 I street, NW
Washington, DC 20536

Alberto Gonzales
U.S Attorney Genreral
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Robert. S. Mueller, III
Director, Federal Beureau of Investigation
Office of the general councel
935 Pennsylvania Ave, N.W
Washington, DC 20535

U.S Attorney's Office
450 Golden Gate Ave.
P.O Box 36055
San Francsico, CA 94111

David Still
District Director
U.S Citizenship and Immigration Services
630 Samsome Street
San Francisco, CA 94111

Stated under pains and penalties of perjury this 6th day of July, 2007

Very truly yours

Katherine Martin