```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAM CLAYTON, | ) No. C 07-2781 CW |
| Plaintiff, | ) |
| v. | ) |
| | ) **STIPULATION TO EXTEND DATES;** |
| Secretary of Dept of Homeland Security, aka | ) **and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF; | ) |
| Director of U.S. Citizenship and Immigration | ) |
| Services, aka EDUARDO AQUIRE; | ) |
| Deputy District Director of U.S. Citizenship | ) |
| and Immigration Services' San Francisco Office, | ) |
| aka DAVID STILL; | ) |
| Director of FBI aka ROBERT S. MUELLER; | ) |
| Attorney General; | ) |
| Department of Homeland Security; U.S. | ) |
| Citizenship and Immigration Services; FBI; | ) |
| United States; | ) |
| | ) |
| Defendants. | ) |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about May 29, 2007 and Defendants' Answer is currently due on August 31, 007.

    2. Pursuant to this Court's May 29, 2007 Order Setting Initial Case Management Conference,

Stip to Ext Time
C 07-2781 CW

the parties are required to file a joint case management statement on August 14, 2007, and attend a case management conference on August 28, 2007.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | August 14, 2007 |
| Last day to file Joint ADR Certification: | September 11, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 25, 2007 |
| Case Management Conference: | October 2, 2007 at 2:00 p.m. |

Dated: July 27, 2007                    Respectfully submitted,
        3/

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Respondents


Dated: July 29, 2007
                                        _____
                                        SAM CLAYTON
                                        *Pro Se*


### ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:                                   _____
                                        CLAUDIA WILKEN
                                        United States District Judge


Stip to Ext Time
C 07-2781 CW

# CERTIFICATE OF SERVICE

<u>Sam Clayton v. Michael Chertoff; et al.</u>
C 07-2781 CW

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Sam Clayton, Pro Se
1049 Market Street, #203
San Francisco, CA 95103

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2007 at San Francisco, California.

*Carol E. Wexelbaum*
CAROL E. WEXELBAUM
Legal Assistant