RECEIVED

AUG 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

AUG 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Sam Clayton
1049 Market St, #203
San Francisco, CA 94103

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM CLAYTON, et al., <br><br> Plaintiff, <br> v. <br><br> **Secretary of Dept of Homeland Security, aka Michael Chertoff;** <br><br> **Director of US Citizenship and Immigration Services, aka Eduardo Aquire;** <br><br> **Deputy District Director of US Citizenship and Immigration Services' San Francisco Office, aka David Still;** <br><br> **Director of FBI aka Robert S. Mueller;** <br><br> **Attorney General;** <br><br> **Department of Homeland Security; US Citizenship and Immigration Services; FBI; United States;** <br><br> Defendants. | Civil Action No. C 07-02781 CW <br><br> **Certificate of Service** <br><br> 2 PM September 27, 2007 <br> Courtroom 2 <br> Judge Wilken |

    I, Katherine Martin, declare I personally witnessed the matters described in this proof of service and would be competent to testify to those matters if called as a witness. I am over 18, not a party to this action, and a resident of San Francisco California. I sent by regular mail on August 22, 2007, the attached motion, memo, declaration, proposed order to

Scott Schools, Assistant US Attorney, 450 Golden Gate Ave, Box 36055, SF CA 94102

Stated under pains and penalties of perjury this 22nd day of August, 2007

Very truly yours

*Katherine Martin*

Katherine Martin