1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   SAM CLAYTON,                              ) No. C 07-2781 CW
12                                           )
                    Plaintiff,               )
13                                           )
            v.                               ) PROOF OF SERVICE
14                                           )
   Secretary of Dept of Homeland Security, aka )
15 MICHAEL CHERTOFF;                         )
   Director of U.S. Citizenship and Immigration )
16 Services, aka EDUARDO AQUIRE;             )
   Deputy District Director of U.S. Citizenship )
17 and Immigration Services' San Francisco Office, )
   aka DAVID STILL;                          )
18 Director of FBI aka ROBERT S. MUELLER;    )
   Attorney General;                         )
19 Department of Homeland Security; U.S.     )
   Citizenship and Immigration Services; FBI; )
20 United States;                            )
                                             )
21                  Defendants.              )
                                             )
22

23      The undersigned hereby certifies that she is an employee of the Office of the United States

24 Attorney for the Northern District of California and is a person of such age and discretion to be

25 competent to serve papers.  The undersigned further certifies that on **September 5, 2007** she

26 caused a copy of **ANSWER TO COMPLAINT** filed **April 11, 2005**, to be served by U.S. mail

27 upon the person at the place and address(es) stated below, which is the last known address:

28
   Proof of Service
   C 07-2781 CW                              1

**Sam Clayton**
**1049 Market St. #203**
**San Francisco, CA 94103**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2007

                /s/
              MANIK BOWIE
              Legal Assistant

Proof of Service
C 07-2781 CW             2