Sam Clayton
1049 Market St, #203
San Francisco, CA 94103

Plaintiff



FILED
SEP 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAM CLAYTON**, et al.,<br><br>            Plaintiff,<br>v.<br><br>**Michael Chertoff, at al.** | Civil Action No. C 07-02781 CW<br><br>**Certificate of Service**<br><br>2 PM September 27, 2007<br>Courtroom 2<br>Judge Wilken |

      I, Katherine Martin, declare I personally witnessed the matters described in this proof of service and would be competent to testify to those matters if called as a witness. I am over 18, not a party to this action, and a resident of San Francisco California. I sent by regular mail on September 10, 2007, the attached documents to:

Scott Schools, Assistant US Attorney, 450 Golden Gate Ave, Box 36055, SF CA 94102

Stated under pains and penalties of perjury this 10th day of September, 2007

                                        Very truly yours

                                        Katherine Martin