1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   SAM CLAYTON,                              )  No. C 07-2781 CW
12                                           )
              Plaintiff,                     )
13                                           )
         v.                                  )  DEFENDANTS' REPLY IN SUPPORT OF
14                                           )  CROSS-MOTION FOR SUMMARY
   Secretary of Dept of Homeland Security, aka ) JUDGMENT
15 MICHAEL CHERTOFF;                         )
   Director of U.S. Citizenship and Immigration )
16 Services, aka EDUARDO AQUIRE;             )  Date:       September 27, 2007
   Deputy District Director of U.S. Citizenship )  Time:       2:00 p.m.
17 and Immigration Services' San Francisco Office, ) Courtroom:  2, 4th Floor
   aka DAVID STILL;                          )
18 Director of FBI aka ROBERT S. MUELLER;    )
   Attorney General;                         )
19 Department of Homeland Security; U.S.     )
   Citizenship and Immigration Services; FBI; )
20 United States;                            )
                                             )
21            Defendants.                    )
                                             )
22

23     Defendants hereby respectfully submit this untimely reply in support of Defendants' cross-

24 motion for summary judgment.  Plaintiff has not provided the Court or Defendants with any e-mail

25 or telephone number to communicate with him beyond a mailing address.  Defendants have been

26 unsuccessful in contacting Plaintiff in order to meet and confer and comply jointly with the

27 Court's scheduling order.

28 Defendants' Reply
   C 07-2781 CW
                                           1

1 | In any event, Plaintiff claims he is being "extraordinarily prejudiced" by the delay in adjudication of his application to adjust his status to legal permanent resident. Pl. Reply at 2-3. However, as explained in Defendants' cross-motion for summary judgment, Plaintiff may apply for work authorization and for advanced parole, which enables him to travel and work during the pendency of their application. Yuen Declaration ¶ 18. There is nothing that Defendants are aware of preventing him from traveling to visit his ailing father or from applying to college.

Plaintiff wants Defendants to expedite his application and perhaps is trying to qualify as someone with a significant or compelling reason for an expedite request. *See* Pl. Reply, at 2-3, Exh. A. Plaintiff' however, has provided no evidence that he has been denied Federal financial aid or that his father is ailing, nor has he attempted to speak with counsel about qualifying for an expedite request.

Plaintiff's application has been pending 12 months and Plaintiff insists that this Court find an unreasonable delay based solely on the amount of time passed since receipt of his application. However, the law requires a more in-depth analysis for mandamus relief under the APA. A review of the six *TRAC* factors laid out in Defendants' cross-motion for summary judgment shows that Defendants have not unreasonably delayed actions pertaining to Plaintiff's adjustment of status application. Defendants, therefore, respectfully asks the Court to dismiss all Defendants except Defendant Chertoff, and grant the remaining Defendant's motion for summary judgment as a matter of law.

Dated: September 17, 2007                    Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                             _____
                                             ILA C. DEISS
                                             Assistant United States Attorney
                                             Attorneys for Defendants

Defendants' Reply
C 07-2781 CW

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANTS' REPLY IN SUPPORT OF
CROSS-MOTION FOR SUMMARY JUDGMENT**

<u>Sam Clayton v. Michael Chertoff, et al.</u>
C 07-2781 CW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FEDERAL EXPRESS via Priority Overnight**

___ **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

Sam Clayton
1049 Market Street, #203
San Francisco, CA 94103

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 17, 2007 at San Francisco, California.

_____/s/_____
MANIK BOWIE
Legal Assistant