SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAM CLAYTON,<br><br>         Plaintiff,<br><br>    v.<br><br>Secretary of Dept of Homeland Security, aka MICHAEL CHERTOFF;<br>Director of U.S. Citizenship and Immigration Services, aka EDUARDO AQUIRE;<br>Deputy District Director of U.S. Citizenship and Immigration Services' San Francisco Office, aka DAVID STILL;<br>Director of FBI aka ROBERT S. MUELLER;<br>Attorney General;<br>Department of Homeland Security; U.S. Citizenship and Immigration Services; FBI; United States;<br><br>         Defendants. | No. C 07-2781 CW<br><br>**ADR CERTIFICATION** |

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

    Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov> discussed the available dispute resolution options provided by the

ADR Certification
C 07-2781 CW

court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: September 18, 2007                                          /s/
_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: September 15, 2007                                          /s/
_____
SAM CLAYTON
*Pro Se*

ADR Certification
C 07-2781 CW