| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAM CLAYTON, | ) |
|   | ) No. C 07-2781 CW |
| Plaintiff, | ) |
|   | ) |
| v. | ) |
|   | ) **NOTICE OF NEED FOR ADR** |
| Secretary of Dept of Homeland Security, aka | ) **PHONE CONFERENCE** |
| MICHAEL CHERTOFF; | ) |
| Director of U.S. Citizenship and Immigration | ) |
| Services, aka EDUARDO AQUIRE; | ) |
| Deputy District Director of U.S. Citizenship | ) |
| and Immigration Services' San Francisco Office, | ) |
| aka DAVID STILL; | ) |
| Director of FBI aka ROBERT S. MUELLER; | ) |
| Attorney General; | ) |
| Department of Homeland Security; U.S. | ) |
| Citizenship and Immigration Services; FBI; | ) |
| United States; | ) |
|   | ) |
| Defendants. | ) |

The parties have not reached an agreement to an ADR process.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

Last day to file Joint Case Management Statement:   September 25, 2007

Date of Initial Case Management Conference:   October 2, 2007

Notice of Need for ADR Phone Conference
C 07-2781 CW

1  The following parties will participate in the ADR phone conference:

2  *Name*                    *Party Representing*   Phone No.           Fax No.

3  Ila C. Deiss              Defendants             (415) 436-7124      (415) 436-7169

4  Sam Clayton               Pro Se                 (917) 349-8801      (641) 453-8512

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference.  Petitioner's counsel shall initiate the call using the following number: (415) 522-4603.  Please consult ADR L.R. 3-5(d).*
_____

**For court use only:**

**ADR Phone Conference Date: _____     Time: _____ AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date: _____        _____
                              ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-2781 CW