# CERTIFICATE OF SERVICE

**Sam Clayton v. Michael Chertoff; et al.**
**C 07-2781 CW**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**1. ADR CERTIFICATION; and**

**2. NOTICE OF NEED FOR ADR PHONE CONFERENCE**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Sam Clayton, Pro Se
1049 Market Street, #203
San Francisco, CA 95103

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2007 at San Francisco, California.

                                                  /s/
                                      CAROL E. WEXELBAUM
                                      Legal Assistant