UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAM CLAYTON,

    Plaintiff,

    v.

SECRETARY OF DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

NO. C 07-02781 CW

**MINUTE ORDER**
Date: 9/27/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Lee-Anne Shortridge

**Appearances for Plaintiff:**
Pro per

**Appearances for Defendant:**
Melanie L. Proctor

**Motions:**

| | | |
|---|---|---|
| Plaintiff | Mo. for summary judgment | Denied |
| Defendants | Cross-mo. for summary judgment | Granted |

Further briefing due:
Order to be prepared by:  Court

**Case Management Conference Held?:**  moot

Notes:  Court has jurisdiction, but does not find time sufficient to order agency to act.  Claims against FBI Director are dismissed.  Plaintiff's motion for summary is denied; Defendants' cross-motion for summary judgment is granted.  CMC set for 10/2/07 is vacated.

Copies to:  Chambers