IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM CLAYTON,

      Plaintiff,

  v.

MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EDUARDO AQUIRE, Director of U.S. Citizenship and Immigration Services; DAVID SILL, Deputy District Director of U.S. Citizenship and Immigration Services, San Francisco Office; ROBERT S. MUELLER, Director of F.B.I.,

      Defendants.

                           No. C 07-02781 CW

                           JUDGMENT

    This action came on for hearing before the Court, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Sam Clayton take nothing, that the action be dismissed on the merits, and each party bear its own costs of action.

    Dated at Oakland, California, this 1st day of October, 2007.

                                    RICHARD W. WIEKING
                                    Clerk of Court

                        By:  *Sheilah Cahill*
                                    SHEILAH CAHILL
                                    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SAM CLAYTON,

        Plaintiff,

v.

SECRETARY OF DEPARTMENT OF
HOMELAND SECURITY et al,

        Defendant.

Case Number: CV07-02781 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ila Casy Deiss
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Sam Clayton
1049 Market St. #203
San Francisco, CA 94103

Dated: October 1, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk